UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | CLARK, RANDALL S<br>WEST, OLD - | §<br>§<br>§ | Case No. 11-23274 |
|---|---|---|---|
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/14/2013 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/06/2013        By:    /s/Glenn R. Heyman
                                      Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CLARK, RANDALL S § Case No. 11-23274
§
WEST, OLD - §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.00 |
| *and approved disbursements of* | $ 301.74 |
| *leaving a balance on hand of* [1] | $ 5,698.26 |
| **Balance on hand:** | $ 5,698.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,698.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,350.00 | 0.00 | 1,350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,350.00 |
| Remaining balance: | $ 4,348.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 4,348.26 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,851.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 -2 | Knox County Trustee | 439.04 | 0.00 | 161.08 |
| 4 | Knox County Trustee | 682.00 | 0.00 | 250.22 |
| * 6P | Tennessee Dept of Revenue | 0.00 | 0.00 | 0.00 |
| * 7 | Tennessee Dept of Revenue | 0.00 | 0.00 | 0.00 |
| 10P | Tennessee Dept of Revenue | 10,730.53 | 0.00 | 3,936.96 |

\*Claim 6P amended by Claim 10P;
Claim 7 Withdrawn 12/17/2012

Total to be paid for priority claims:   $   4,348.26
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 447,510.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Avaya, Inc | 258.53 | 0.00 | 0.00 |
| 3 | Capital Recovery IV LLC | 703.96 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 26,706.28 | 0.00 | 0.00 |
| * 6U | Tennessee Dept of Revenue | 0.00 | 0.00 | 0.00 |
| 8 | DDRTC T & C LLC | 404,083.35 | 0.00 | 0.00 |
| 9 | Marlin Business Bank | 14,187.79 | 0.00 | 0.00 |
| 10U | Tennessee Dept of Revenue | 1,570.35 | 0.00 | 0.00 |

\*Claim 6U amended by
Claim 10U

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                          Case No. 11-23274-JPC
Randall S Clark                                                                                 Chapter 7
         Debtor                         **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: bchavez              Page 1 of 6              Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 236

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2013.
```
db         +Randall S Clark,    921 N Waiola Ave,    La Grange Park, IL 60526-1455
17357056 ++++10NEWS2-TV,    1513 BILL WILLIAMS AVE,    KNOXVILLE TN 37917-3861
             (address filed with court: 10News2-TV,     1513 Hutchinson Ave,    Knoxville, TN 37916)
17357057   +A-Welders & Medical Supply Inc,    124 Morelia Ave, NW,    Knoxville, TN 37917-5149
17357062   +ADP Inc,    PO Box 9001006,    Louisville, KY 40290-1006
17357064   +ADT Security Services,    PO Box 371967,    Pittsburgh, PA 15250-7967
17357063   +ADT Security Services,    PO Box 650485,    Dallas, TX 75265-0485
17357065    ADT Security Services,    PO Box 631877,    Dallas, TX 75267
17357077   +AT&T/Bell South,    PO Box 105262,    Atlanta, GA 30348-5262
17357059   +Aaron Electric,    569 Dogwood Ln,    Lenoir City, TN 37772-5601
17357060   +About Signs,    8865 Kingston Pike,    Knoxville, TN 37923-5002
17357061   +Achievement Business Group Inc,    171 Summers Rd,    Maynardville, TN 37807-1815
17357067   +All Occasions Party Rentals,    5825 Middlebrook Pike,    Knoxville, TN 37921-5947
17357068   +All-American Restaurant Supply,    2929 NW Park Dr,    Knoxville, TN 37921-1029
17357069   +American Bowling Congress,    5301 S 76th St,    Greendale, WI 53129-1128
17357070   +American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
17357071   +American Express,    PO Box 650448,    Dallas, TX 75265-0448
18017115    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17357072   +American Express Blue,    PO Box 650448,    Dallas, TX 75265-0448
17357073   +American Roofing and Remodeling,    371 Butcher Hollow,    Maynardville, TN 37807-4627
17357074   +Applied Media Technologies Corp,    4091 AMTC Center Dr,    Clearwater, FL 33764-6994
17357075   +Aramark Uniform Service,    PO Box 92430,    Nashville, TN 37209-8430
17357076   +Ascap,   2690 Cumberland Pkwy, Ste 490,    Atlanta, GA 30339-3913
17357079   +Avaya,   PO Box 5332,    New York, NY 10087-5332
17412835   +Avaya, Inc,    c/o RMS Bankruptcy Recovery Services,     P.O. Box 5126,
             Timonium, Maryland 21094-5126
17357080   +Axis Fabrication & Machine Co,    2107 Frank Bird Blvd,    Rockford, TN 37853-3066
17357081   +B&T Distributing Co,    PO Box 50188,    Knoxville, TN 37950-0188
17357082   +BB&T of TN Business Center,    PO Box 580003,    Charlotte, NC 28258-0003
17357087   +BP Signs,    7112 Spurlin Lane,    Knoxville, TN 37918-9748
17357083   +Best Buy,    PO Box 5238,    Carol Stream, IL 60197-5238
17357084   +Beverage Control,    PO Box 9839,    Knoxville, TN 37940-0839
17357086   +Bluejack LLC,    320-E Troy Circle,    Knoxville, TN 37919-6104
17357088   +Buckhead Beef Co,    PO Box 932686,    Atlanta, GA 31193-2686
17357089   +Bureau Of ATF,    PO Box 371962,    Pittsburgh, PA 15250-7962
17357090   +Burnett’s Refrigeration & AC,    1674 Dutch Valley Rd,    Clinton, TN 37716-5106
17357101   +CNK Enterprises Steam-It Carpet Cleaning,     PO Box 5533,    Sevierville, TN 37864-5533
17357106   +CST Co,    PO Box 33127,    Louisville, KY 40232-3127
17357091   +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
17357092    Capital One,    PO Box 790217,    St Louis, MO 63179
17357093   +Centurion Security Agency,    105 Evelyn Jean Dr,    Clinton, TN 37716-6680
17357094   +Chase,   201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
17357095   +Cherokee Dist Co, Inc,    PO Box 10186,    Knoxville, TN 37939-0186
17357096   +Christopher Whitaker,    1117 W Cedar St,    Lewisburg, TN 37091-3116
17357098   +City Grid Media,    8833 W Sunset Blvd,    West Hollywood, CA 90069-2110
17357100   +City View Knoxville,    4402 Terrace View,    Louisville, TN 37777-4627
17357099    City of Knoxville,    Business Tax Office,    Knoxville, TN 37901
17357102   +Cockrill Design & Planning,    503 Market St,    Knoxville, TN 37902-2108
17357104   +Cooley Signs Inc,    PO Box 12579,    Knoxville, TN 37912-0579
17357105   +Cotton Gin Inc,    Attn: Gene A Stanley Jr,    PO Box 11525,    Knoxville, TN 37939-1525
17357107   +Culbreath Sign Company,    1100 Clinch Ave,    Knoxville, TN 37916-2715
17357108   +D&V Distributing Co,    PO Box 50698,    Knoxville, TN 37950-0698
17945372   +DDRTC T & C LLC,    Eric C Cotton Assoc Gen’l Cousel,    DDR Corp,    3300 Enterprise Parkway,
             Beachwood OH 44122-7200
17357112   +DDRTC T&C LLC,    c/o Developers Diversified Realty Corp,     3300 Enterprise Pkwy,
             Attn Sharon Grant,    Beachwood, OH 44122-7200
17357115   +DMX Music,    PO Box 660557,    Dallas, TX 75266-0557
17357109   +Datacom Marketing,    1 Chestnut St, Ste 91,    Nashua, NH 03060-9307
17357111   +Daydots,    1801 Riverbend West Drive,    Fort Worth, TX 76118-7031
17357114   +DirecTV,    PO Box 60036,    Los Angeles, CA 90060-0036
17357113   +Direct Connection,    223 Evans Rd,    Knoxville, TN 37920-8130
17357116   +DynaTek Corporation,    PO Box 5662,    Knoxville, TN 37928-0662
17357117   +Eagle Dist Co Inc,    PO Box 27190,    Knoxville, TN 37927-7190
17357118   +Earthgrains/Sara Lee Bakery Group,    PO Box 4412,    Bridgeton, MO 63044-0412
17357119   +East Tennessee Directories,    4925 Savage Lane,    Knoxville, TN 37938-3182
17357121   +Envent LLC,    PO Box 353,    Rogersville, TN 37857-0353
17357122   +Erie Insurance Group,    100 Erie Ins Pl,    Erie, PA 16530-0001
17357132   +FM George Safe & Lock,    PO Box 3398,    Knoxville, TN 37927-3398
17357136   +FTG Systems,    245 Lindsay St,    Alcoa, TN 37701-2471
17357124   +Fesco Knoxville,    2315 Sycamore Dr,    Knoxville, TN 37921-1750
17357125   +Financial Accounts Services Team,    PO Box 11567,    8300 Kingston Pike,
             Knoxville, TN 37919-5449
17357126   +Fire - M.A.N.,    PO Box 6159,    Sevierville, TN 37864-6159
17357127   +First Choice Tours,    PO Box 292247,    Nashville, TN 37229-2247
```

```
District/off: 0752-1          User: bchavez              Page 2 of 6                  Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 236


17357128       +First National Bank,    200 E Broadway,    Lenior City, TN 37771-2910
17357129       +First Tennessee Bank,    PO Box 385,    Memphis, TN 38101-0385
17357130       +First Utility District of Knoxville Co,     Dept 888311,    Knoxville, TN 37995-0001
17357131       +Flavotech,    22849 Network Place,    Chicago, IL 60673-1228
17357134       +Fox 43,    9000 Executive Park Dr,    Bldg D, Ste 300,    Knoxville, TN 37923-4645
17357135       +Freelance Web,    11614 Rossovino Ave,    Las Vegas, NV 89183-5559
17357137       +Fyr Fyter Sales and Service,    3301 Rudy St,    Knoxville, TN 37921-1996
17357138       +G Neil Direct Mail Inc,    PO Box 451179,    Sunrise, FL 33345-1179
17357139       +GEM Distributing Inc,    PO Box 140477,    Memphis, TN 38114-0477
17357145        GN Willard Roofing Co,    PO Box 4032,    Knoxville, TN 37921
17357142       +Genworth Life & Annuity,    PO Box 79225,    Baltimore, MD 21279-0225
17357143       +Georgias Own Cu,    1979 Lakeside Pkwy Ste 1,    Tucker, GA 30084-5935
17357144       +Gleason and Gleason,    77 W Washington, Ste 1218,    Chicago, IL 60602-3246
17357146        Good Humor-Breyers Ice Cream,    PO Box 751856,    Charlotte, NC 28275
17357148        Graning Discount Paint Center,    331 N Broadway,    Knoxville, TN 37917
17357155       +HSBC Business Solutions,    PO Box 5229,    Carol Stream, IL 60197-5229
17357149       +Halpern's Steak & Seafood Co,    PO Box 116421,    Atlanta, GA 30368-6421
17357150       +Harrison Construction Company,    226 Gill St,    Alcoa, TN 37701-2465
17357151       +Hilton Head Ice Cream,    120 S Peters Rd,    Knoxville, TN 37923-5225
17357152       +Host Communications,    546 E Main St,    Lexington, KY 40508-2342
17357154       +Hsbc Best Buy,    Attn: Bankruptcy,    PO Box 5263,    Carol Stream, IL 60197-5263
17357156       +Humico of TN,    1006 Stokely Ct,    Dandridge, TN 37725-5747
17357157       +Inland Southern Management Corp,     3633 Paysphere Circle,    Chicago, IL 60674-0036
17357158       +Institutional Jobbers,    PO Box 51150,    Knoxville, TN 37950-1150
17357159       +Institutional Jobbers c/o Keller Group,     626 Simmons Rd,    Knoxville, TN 37932-3227
17357160       +Intercode Technologies Inc,    401 Henley St, Mezz Level,    Knoxville, TN 37902-2808
17357161       +JGL Tile,    9522 W Aiken Ln,    Knoxville, TN 37922-3542
17357162       +Joe Henderlight,    2912 Boright Dr,    Knoxville, TN 37917-2417
17357163       +Journal Broadcast Group,    Dept 888109,    Knoxville, TN 37995-0001
17357182       +KUB-Private Fire Protection,    PO Box 59017,    Knoxville, TN 37950-9017
17357165       +Keener Corp,    PO Box 156,    Knoxville, TN 37901-0156
17357166       +Kington Drain Service,    PO Box 50633,    Knoxville, TN 37950-0633
17357167       +Knox County Clerk Business Tax Division,     PO Box 1566,    Knoxville, TN 37901-1566
17357168       +Knox County Trustee,    Attn: Chadwick B. Tindell,     Post Office Box 70,
                 Knoxville, TN 37901-0070
17357169       +Knoxville Beverage Co,    PO Box 51628,    Knoxville, TN 37950-1628
17357170       +Knoxville Coca Cola Bottling Co,    Knoxville Sales Center,     PO Box 403390,
                 Atlanta, GA 30384-3390
17357174       +Knoxville FOP #2,    4028 Papermill Rd #8,    Knoxville, TN 37909-2010
17357171       +Knoxville Fire Extinguisher Co,    1201 University Ave,     Knoxville, TN 37921-4899
17357172       +Knoxville Firefighters Assoc,    PO Box 6449,    Knoxville, TN 37914-0449
17357173       +Knoxville First Magazine,    151 Durwood Rd,    Knoxville, TN 37922-3219
17357175       +Knoxville Municipal Court,    800 Howard Baker Jr Ave,     PO Box 2749,    Knoxville, TN 37901-2749
17357176       +Knoxville News Sentinel,    PO Box 59038,    Knoxville, TN 37950-9038
17357178       +Knoxville Plumbing Co,    PO Box 27611,    Knoxville, TN 37927-7611
17357179       +Knoxville Utilities Board,    PO Box 59017,    Knoxville, TN 37950-9017
17357180       +Knoxville Utilities Board,    Water Electric & Gas,    PO Box 59017,    Knoxville, TN 37950-9017
17357181       +Knoxville Utilities Board - Water, Elec,     PO Box 59017,    Knoxville, TN 37950-9017
17357183       +Labor Ready MidAtlantic Inc,    PO Box 740435,    Atlanta, GA 30374-0435
17357184       +Larry B Newman Printing Co,    2010 Middlebrook Pike,    Knoxville, TN 37921-5842
17357195       +MDA,    6408 Pappermill Dr,    Knoxville, TN 37919-4858
17357185       +Magnolia Provision & Co,    2013 Dutch Valley Rd,    Knoxville, TN 37918-1611
17357187       +Magnolia Seasoning,    PO Box 1076,    West Point, MS 39773-1076
17357188       +Mark Powers & Co,    PO Box 72,    1821 Henry St,    Guntersville, AL 35976-1654
18353549       +Marlin Business Bank,    300 Fellowship Road,    Mount Laurel NJ 08054-1201
17357189       +Marlin Leasing Corp,    PO Box 13604,    Philadelphia, PA 19101-3604
17357190       +Masco,    1310 Karnes Ave,    Knoxville, TN 37917-2626
17357191       +Massey Electric Co,    3204 Regal Dr,    Alcoa, TN 37701-3233
17357192       +McBee Systems Inc,    500 Main St,    Attn A/R,    Groton, MA 01471-0001
17357193       +McGhee Tyson Softball Fund,    134 ARW/FMFS,    134 Briscoe Dr,    Knoxville, TN 37777-6202
17357194       +McKenry Produce Co,    717 Willow Ave,    Knoxville, TN 37915-1290
17357196       +Mechanical Services Inc,    1010 Wilder Pl,    Knoxville, TN 37915-1926
17357197       +Metro Pulse,    602 S Gay St,    Mezzanine Suite,    Knoxville, TN 37902-1605
19927302        Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
                 Miami, FL 33131-1605
17357199       +NBIE,    c/o TIMS,    6226 4th St,    Chesapeake Beach, MD 20732-4150
17357198       +National Bank of Commerce,    One Commerce Square,    Memphis, TN 38150-0001
17357200       +Neel's Produce Co,    2308 Forest Ave,    Knoxville, TN 37916-1019
17357201       +Odom Construction Systems Inc,    PO Box 20146,    Knoxville, TN 37940-1146
17357202       +Open Sesame Locksmith,    PO Box 5801,    Knoxville, TN 37928-0801
17357203       +P&C Entertainment,    PO Box 26011,    Knoxville, TN 37912-9611
17357208       +PFG Hale,    5262 Air Park Blvd,    Morristown, TN 37813-4304
17357204       +Panorama Publishing Inc,    2922 Barber Hill Ln,    Knoxville, TN 37920-3707
17357205       +Parker Prints Inc,    1377 S Lauderdale,    Memphis, TN 38106-4503
17357206       +Pepsi Cola,    PO Box 75948,    Chicago, IL 60675-5948
17357207       +Pestlink,    2126 Parkway Dr,    Knoxville, TN 37918-2336
17357209       +Pilot Corporation,    c/o Dan Fleming,    1521 Amherst Rd,    Knoxville, TN 37909-1204
17357210       +Pitts & Brittain PC,    PO Box 51295,    Knoxville, TN 37950-1295
17357211       +Power Pumping,    139 Shelly Way,    Seymour, TN 37865-3917
17357212       +Pro Electric,    2550 Sutherland Ave,    Knoxville, TN 37919-3253
```

```
District/off: 0752-1          User: bchavez                Page 3 of 6                  Date Rcvd: Feb 07, 2013
                              Form ID: pdf006              Total Noticed: 236


17357213      +Production Unlimited,    4017 Freemason St,    Knoxville, TN 37917-3023
17357214      +Quality Plumbing & Mechanical,    405 Donovans Way,    Kodak, TN 37764-2249
17357215      +Rachelle Vela,    11614 Rossovino Ave,    Las Vegas, NV 89183-5559
17357217      +Rapid Fire Equipment Inc,    PO Box 4307,    Sevierville, TN 37864-4307
17357219      +Reinhart Foodservice,    4721 Singleton Station Rd,    Louisville, TN 37777-4746
17357220      +Reynolds/Piper & Assoc,    306 Westfield Dr,    Knoxville, TN 37919-4823
17357221      +Rhyne Vacuum,    PO Box 23710,    Knoxville, TN 37933-1710
17357222      +Richie Law Firm PC,    PO Box 987,    Knoxville, TN 37901-0987
17357223      +Rinker Materials South Central,    2209 Blount Ave,    Knoxville, TN 37920-1956
17357224      +Robert Orr Sysco,    PO Box 305137,    Nashville, TN 37230-5137
17357228      +SE Commercial Upholstery HC 69,    PO Box 171 B1,    Spring City, TN 37381-0171
17357229      +SFS of Knoxville,    900 Tennessee Ave,    Knoxville, TN 37921-2630
17357238   +++ +STATE OF THE ART GLASS,    8703 UNICORN DR STE 310,    KNOXVILLE TN 37923-5142
                (address filed with court: State of the Art Glass,    8705 Unicorn Dr, Ste B310,
                Knoxville, TN 37923)
17357226      +Sara Lee Bakery Group,    21066 Network Place,    Chicago, IL 60673-1210
17357227      +Screen Prince,    504 W Main St, Ste 103,    Sevierville, TN 37862-3333
17357230      +Smith Electric Co,    5507 Lake Shore Dr,    Knoxville, TN 37920-5151
17357231      +Son Shine Produce Inc,    PO Box 20282,    Knoxville, TN 37940-1282
17357233      +Southern Beverage Journal,    PO Box 10098,    Scottsdale, AZ 85271-0098
17357235      +St Jude Children’s Research Hospital,    501 St Jude Place,    Memphis, TN 38105-1905
17357236      +Starboard Advisors LLC,    PO Box 890761,    Charlotte, NC 28289-0761
17357237      +State Collection Servi,    Attn: Bankruptcy,    PO Box 6250,    Madison, WI 53716-0250
17357239      +State of TN Dept of Health,    PO Box 23090,    Nashville, TN 37202-3090
17357240      +Steritech,    PO Box 472127,    Charlotte, NC 28247-2127
17357242      +Stover’s,    452 W Broad St,    Cookeville, TN 38501-2334
17357243      +Strategic/TN Division,    PO Box 5586,    Minneapolis, MN 55485-0001
17357244      +Suntrust Bank,    7455 Chancellor Dr,    Orlando, FL 32809-6213
17357245      +Superior Ice Co,    2727 Middlebrook Pike,    Knoxville, TN 37921-5662
17357246      +Swisher,    PO Box 863872,    Orlando, FL 32886-0001
17357247      +Sysco/SFS of Knoxville,    900 Tennessee Ave,    Knoxville, TN 37921-2630
17357248      +T Ho Foods,    PO Box 1387,    Powell, TN 37849-1387
17357264      +TN State Business Tax,    Dept of Revenue,    PO Box 80007,    Knoxville, TN 37924-0001
17357249      +Tate & McCallie Inc,    PO Box 51608,    Knoxville, TN 37950-1608
17357250      +Tennessee ABC,    226 Capital Blvd Bldg Ste 300,    Nashville, TN 37243-0001
19855952      +Tennessee Department of Revenue,    c/o TN Attorney General’s Office,,    Bankrupt Division,
                PO Box 20207,    Nashville, TN 37202-4015
17357251      +Tennessee Dept of Labor,    PO Box 101,    Nashville, TN 37202-0101
18275551      +Tennessee Dept of Revenue,    c/o Attorney General,    POBox 20207,    Nashville TN 37202-4015
17357252      +Tennessee Dept of Revenue,    500 Deadrick St,    Andrew Jackson State Office Bldg,
                Nashville, TN 37242-0001
17357253      +Tennessee Dept of Revenue,    Andrew Jackson Building,    500 Deaderick St,
                Nashville, TN 37242-0001
17357254      +Tennessee Education Lottery Corp,    PO Box 23470,    Nashville, TN 37202-3470
17357255      +Tennessee Restaurant Assoc,    PO Box 681207,    Franklin, TN 37068-1207
17357256      +Tennessee Secretary of State,    312 Eighth Ave N, 6th Flr,    William R Snodgrass Tower,
                Nashville, TN 37243-3528
17357257      +Tennessee Valley Direct,    PO Box 59038,    Knoxville, TN 37950-9038
17357258      +The Butcher Shop - Dallas,    808 Munger Ave,    Dallas, TX 75202-1871
17357259       The Butcher Shop of Knoxville,    606 World’s Fair Park Dr,    Knoxville, TN 37902
17357260      +The Campus Special LLC,    11340 W Olympic Blvd, Ste 365,    Los Angeles, CA 90064-1639
17357261      +The Daily Beacon,    5 Communications Bldg,    University of Tennessee,    Knoxville, TN 37996-0001
17357262      +The Zoi Greek Directory,    11704 Wilshire Blvd, Ste D295,    Los Angeles, CA 90025-1511
17357263      +Threds,    10529 Lexington Dr,    Knoxville, TN 37932-3212
17357265      +Trasiwct,    PO Box 2167,    Franklin, TN 37024-2167
17357266      +Triple C Distributing Co,    PO Box 10068,    Knoxville, TN 37939-0068
17357267      +True Line Coring - Knoxville,    PO Box 87-2050,    Kansas City, MO 64187-2050
17357273      +US Food Service/Knoxville,    PO Box 602224,    Charlotte, NC 28260-2224
17357274      +US Hospitality Corp,    PO Box 291509,    Nashville, TN 37229-1509
17357268      +Unifirst Corp,    PO Box 684,    Kernersville, NC 27285-0684
17357269      +United Rentals,    PO Box 100711,    Atlanta, GA 30384-0711
17357270      +Universal Mfg Co,    Dept 77-6417,    Chicago, IL 60678-0001
17357271      +University Raceway Sports Inc,    410 Ferncliffe Rd,    Elgin, SC 29045-8746
17357272      +University Real Estate,    817 19th St,    Knoxville, TN 37916-2905
17357275      +Valley Proteins Inc,    PO Box 890008,    Charlotte, NC 28289-0008
17357276      +Vinyl Mend,    PO Box 3281,    Knoxville, TN 37927-3281
17357277      +Virginia’s Framery,    4927 Kingston Pike,    Knoxville, TN 37919-5195
17357280      +WATE-TV6,    PO Box 60172,    Charlotte, NC 28260-0172
17357281      +WCI of TN, Knoxville,    A Waste Connections Company,    2400 Chipman St,
                Knoxville, TN 37917-6115
17357291      +WKVL-FM,    517 Watt Rd,    Knoxville, TN 37934-1110
17357292       WVLZ Radio,    802 Central Ave St,    Knoxville, TN 37902
17357282      +Webb Printing,    209 Love Rd,    Sevierville, TN 37862-3125
17357283      +Wells Fargo,    PO Box 6426,    Carol Stream, IL 60197-6426
17357285      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
17357286      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
17357287      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbendale, IA 50323-2310
17357288      +Willingham Assoc,    PO Box 17312,    Memphis, TN 38187-0312
17357289      +Windrock Enterprises Inc,    1411 E Weisgarber Rd,    Knoxville, TN 37909-2673
17357290      +Wise & Reeves PC,    Two Centre Square, Ste 160,    625 S Gay St,    Knoxville, TN 37902-1669
```

```
District/off: 0752-1           User: bchavez              Page 4 of 6              Date Rcvd: Feb 07, 2013
                               Form ID: pdf006            Total Noticed: 236


17357293     +X-Press Printing,    6974 Maynardville Hwy,    Knoxville, TN 37918-5320
17357294     +Yellowbook USA,    PO Box 5471,   Mount Laurel, NJ 08054-5471

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17357058     +E-mail/Text: KM@ARCONCEPTSINC.COM Feb 08 2013 01:47:24      A/r Concepts,   2320 Dean St,
               Saint Charles, IL 60175-1068
17357066     +E-mail/Text: rklepak@capitalaccessnetwork.com Feb 08 2013 01:48:15      AdvanceMe Inc,
               245 Town Park Dr, Ste 400,    Kennesaw, GA 30144-3701
17357085     +E-mail/Text: LegalBankruptcy.GM@BCBST.com Feb 08 2013 01:49:29      Blue Cross Blue Shield of TN,
               Receipts Dept,   PO Box 180172,    Chattanooga, TN 37401-7172
17991682      E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2013 01:56:40      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17357103     +E-mail/Text: delwanda_byrd@cable.comcast.com Feb 08 2013 03:22:31      Comcast Communications,
               PO Box 105184,   Atlanta, GA 30348-5184
17357120     +E-mail/Text: bankruptcynotices@ecolab.com Feb 08 2013 01:51:28      Ecolab,   PO Box 905327,
               Charlotte, NC 28290-5327
17357123     +E-mail/Text: david.harter@fastsigns.com Feb 08 2013 01:48:54      FastSigns,   7013 Kingston Pike,
               Knoxville, TN 37919-5706
17357133     +E-mail/Text: kbosbank@covhlth.com Feb 08 2013 01:50:04      Fort Sanders Regional Medical Center,
               Dept 888001,   Knoxville, TN 37995-0001
17357140     +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 02:02:05      Gemb/gap,    Po Box 981400,
               El Paso, TX 79998-1400
17357141     +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 02:02:05      Gemb/sams Club Dc,    Attention:GEMB,
               PO Box 103104,   Roswell, GA 30076-9104
17357147     +E-mail/Text: scd_bankruptcynotices@grainger.com Feb 08 2013 01:51:57      Grainger,
               Dept 851052472,   PO Box 419267,    Kansas City, MO 64141-6267
17357177     +E-mail/Text: knsecu@comcast.net Feb 08 2013 01:48:12      Knoxville News Sentinel,
               2332 News Sentinel Dr,    Knoxville, TN 37921-5766
19927303      E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2013 02:00:04
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
17357225     +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 01:55:40      Sam’s Club,   PO Box 9001907,
               Louisville, KY 40290-1907
17357278     +E-mail/Text: vci.bkcy@vwcredit.com Feb 08 2013 01:46:05      Volkswagon Credit Inc,
               c/o Brice, Vander, Linden and Wernick PC,    9441 LBJ Freeway Suite 250,    Dallas, TX 75243-4640
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17357110      David Michael Clark
17357186*    +Magnolia Provision Co,    2013 Dutch Valley Rd,   Knoxville, TN 37918-1611
17357216*    +Randall S Clark,   921 N Waiola Ave,    La Grange Park, IL 60526-1455
17357284*    +Wells Fargo,   PO Box 6426,    Carol Stream, IL 60197-6426
17357078    ##+AudioFX Inc,   4617 Central Ave Pike,    Knoxville, TN 37912-4068
17357097    ##+Cintas First Aid & Safety,    2847 John Deere St, Ste 103,    Knoxville, TN 37917-4864
17357153    ##+Hounddogs,   PO Box 31365,    Knoxville, TN 37930-1365
17357164    ##+Junk Bee Gone LLC,   10820 Kingston Pike, Ste 23,    Knoxville, TN 37934-3065
17357218    ##+Regal Publications,    9525 E Doubletree Rd, Ste 101,    Scottsdale, AZ 85258-5538
17357232    ##+South Knox Seymour Times,    201 E Moody Ave,   Knoxville, TN 37920-4203
17357234    ##+Southern Hospitality,    5220 Shad Rd Bldg 206,    Jacksonville, TN 32257-2008
17357241    ##+Stitches N Patches,    5105 Clinton Hwy,   Knoxville, TN 37912-3863
17357279    ##+Waste Management,    2552 Western Ave,   Knoxville, TN 37921-4528
                                                                                       TOTALS: 1, * 3, ## 9

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: bchavez              Page 5 of 6              Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 236
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2013**               **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez               Page 6 of 6                  Date Rcvd: Feb 07, 2013
                              Form ID: pdf006             Total Noticed: 236
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2013 at the address(es) listed below:
          Glenn R Heyman, ESQ    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Julie M Gleason    on behalf of Debtor Randall S Clark juliegleasonlaw@gmail.com,
           gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
           bk.com;atty_troy@trustesolutions.com;ggbestcase@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                            TOTAL: 3