# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: CLARK, RANDALL S | § | Case No.  11-23274 |
| | § | |
| WEST, OLD - | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $434,129.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $37,996.00 |
| Total Distribution to Claimants:$4,348.26 | Claims Discharged <br> Without Payment: $868,206.81 |
| Total Expenses of Administration:$1,651.74 | |

3)  Total gross receipts of $      6,000.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2** ), yielded net receipts of  $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $425,941.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,651.74 | 1,651.74 | 1,651.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,000.00 | 68,541.44 | 11,851.57 | 4,348.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 463,876.76 | 452,561.86 | 447,510.26 | 0.00 |
| **TOTAL DISBURSEMENTS** | $899,817.76 | $522,755.04 | $461,013.57 | $6,000.00 |

4) This case was originally filed under Chapter 7 on May 31, 2011.
The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2013          By: /s/GLENN R. HEYMAN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| RTI  sale of vehicle | 1229-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Volkswagon Credit Inc c/o Brice, Vander, Linden and | 4110-000 | 28,395.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 4110-000 | 98,171.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 299,375.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $425,941.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.74 | 1.74 | 1.74 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,651.74 | $1,651.74 | $1,651.74 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Knox County Trustee | 5800-000 | unknown | 439.04 | 439.04 | 161.08 |
| 4 | Knox County Trustee | 5800-000 | unknown | 682.00 | 682.00 | 250.22 |
| 6P | Tennessee Dept of Revenue | 5800-000 | N/A | 30,564.44 | 0.00 | 0.00 |
| 7 | Tennessee Dept of Revenue | 5800-000 | N/A | 26,125.43 | 0.00 | 0.00 |
| 10P | Tennessee Dept of Revenue | 5800-000 | 10,000.00 | 10,730.53 | 10,730.53 | 3,936.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $10,000.00 | $68,541.44 | $11,851.57 | $4,348.26 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Avaya, Inc | 7100-000 | 258.54 | 258.53 | 258.53 | 0.00 |
| 3 | Capital Recovery IV LLC | 7100-000 | 668.00 | 703.96 | 703.96 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | 26,706.00 | 26,706.28 | 26,706.28 | 0.00 |
| 6U | Tennessee Dept of Revenue | 7100-000 | N/A | 5,051.60 | 0.00 | 0.00 |
| 8 | DDRTC T & C LLC | 7100-000 | unknown | 404,083.35 | 404,083.35 | 0.00 |
| 9 | Marlin Business Bank | 7100-000 | 19,240.20 | 14,187.79 | 14,187.79 | 0.00 |
| 10U | Tennessee Dept of Revenue | 7100-000 | 3,379.00 | 1,570.35 | 1,570.35 | 0.00 |
| NOTFILED | 10News2-TV | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A-Welders & Medical Supply Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Aaron Electric | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | About Signs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Achievement Busines Group, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADP, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADP Security Services | 7100-000 | 224.28 | N/A | N/A | 0.00 |
| NOTFILED | ADP Security Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADP Security Services | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | AdvanceMe, Inc. | 7100-000 | 5,224.98 | N/A | N/A | 0.00 |
| NOTFILED | AdvanceMe, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | All Occasions Party Rentals | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | All-American Restaurant Supply | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Bowling Congress | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 13,694.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express Blue | 7100-000 | 8,938.26 | N/A | N/A | 0.00 |
| NOTFILED | American Roofing and Remodeling | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Applied Media Technologies Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aramark Uniform Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ascap | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T/Bell South | 7100-000 | 494.80 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AT&T/Bell South | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AudioFX, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Axis Fabrication & Machine, Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | B&T Distributing Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BB&T of TN Business Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Beverage Control | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of TN | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bluejack LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BP Signs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Buckhead Beef Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bureau of ATF | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Burnett's Refrigeration & AC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 21,476.09 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 17,063.23 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centurion Security Agency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Cherokee Dist. Co., Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Christopher Whitaker | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cintas First Aid & Safety | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City Grid Media | 7100-000 | 39,672.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Knoxville | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City View Knoxville | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CNK Enterprises Steam-It Carpet Cleaning | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cockrill Design & Planning | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comcast Communications | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cooley SIgns, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cotton Gin, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CST, Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Culbreath Sign Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | D&V Distributing Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Datacom Marketing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Daydots | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | DMX Music | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Direct Connection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DirectTV | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DynaTek Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eagle Dist Co., Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Earthgrains/Sara Lee Bakery Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | East Tennessee Directories | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ecolab | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Envent, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Erie Insurance Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FastSigns | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fesco Knoxville | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Financial Accounts Services Team | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fire- M.A.N. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Choice Tours | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Tennessee Bank | 7100-000 | 28,395.00 | N/A | N/A | 0.00 |
| NOTFILED | First Tennessee Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Utility District of Knoxville Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Flavotech | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FM George Safe & Lock | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fort Sanders regional Medical center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fox 43 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Freelance Web | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FTG Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fyr Fyter Sales and Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | G Neil Direct Mail, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GEM Distributing, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Sams Club Dc | 7100-000 | 5,895.00 | N/A | N/A | 0.00 |
| NOTFILED | Genworth Life & Annuity | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Georgia's Own Cu | 7100-000 | 11,024.00 | N/A | N/A | 0.00 |
| NOTFILED | GN Willard Roofing Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Good Humor-Breyers Ice Cream | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grainger | 7100-000 | unknown | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Graning Discount Paint Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Halpern's Steak & Seafood Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harrison COnstruction Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hilton Head Ice Cream | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Host Communications | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hounddogs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Best Buy | 7100-000 | 4,448.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Humico of TN | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Inland Southern Management Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Institutional Jobbers | 7100-000 | 36,903.00 | N/A | N/A | 0.00 |
| NOTFILED | Institutional Jobbers c/o Keller Group | 7100-000 | 22,346.41 | N/A | N/A | 0.00 |
| NOTFILED | Institutional Jobbers c/o Keller Group | 7100-000 | 35,790.41 | N/A | N/A | 0.00 |
| NOTFILED | Intercode Technologies, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | JGL Tile | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Joe Henderlight | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Journal Broadcast Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Junk Bee Gone LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Keener Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kington Drain Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knox County  Clerk Business Tax Division | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Beverage Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Coca Cola Bottling Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Fire Extinguisher Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Firefighters Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville First Magazine | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville FOP#2 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Municipal Court | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville News Sentinel | 7100-000 | 672.00 | N/A | N/A | 0.00 |
| NOTFILED | Knoxville News Sentinel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Plumbing Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Utilities Board | 7100-000 | 1,747.29 | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Utilities Board | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Knoxville Utilities Board - Water Elec | 7100-000 | 4,376.56 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | KUB-Private Fire Protection | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Labor ready MidAltantic, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Larry B. Newman Printing Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Magnolia Provision & Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Magnolia Provision & Co. | 7100-000 | 58,416.66 | N/A | N/A | 0.00 |
| NOTFILED | Magnolia Seasoning | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mark Powers & Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Masco | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Massey Electric Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McBee Systems, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McGhee Tyson Softball Fund | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McHenry Produce Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MDA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mechanical Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Metro Pulse | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | National Bank of Commerce | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NBIE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Neel's Produce Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Odom Construction Systems, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Open Sesame Locksmith | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | P&C Entertainment | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Panorama Publishing, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Parker Prints, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pepsi Cola | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pestlink | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PFG Hale | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pilot Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pitts & Brittain PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Power Pumping | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pro Electric | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Production Unlimited | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Quality Plumbing & Mechanical | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rachelle Vela | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rapid Fire equipment Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NOTFILED | Regal Publications. | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Reinhart Foodservice | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Reynolds/Piper & Assoc. | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Rhyne Vacuum | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Richie Law Firm | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Rinker Materials South Central | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Robert Orr Sysco | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Sara Lee Bakery Group | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Screen Prince | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | SE Commercial Upholstery HC 69 | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | SFS of Knoxville | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Smith Electric Co. | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Son Shine Produce, Inc. | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | South Knox Seymour Times | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Southern Beverage Journal | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Southern Hospitality | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | St. Jude's Children's Research Hospital | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Starboard Advisors, LLC | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | State Collection Service | 7100-000 | 332.00 | N/A | N/A | | 0.00 |
| NOTFILED | State of the Art Glass | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | State of Tennessee Dept. of Health | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Steritech | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Stitches N Patches | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Stover's | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Strategic/TN Division | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Suntrust Bank | 7100-000 | 5,793.00 | N/A | N/A | | 0.00 |
| NOTFILED | Superior Ice Co. | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Swisher | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Sysco/SFS of Knoxville | 7100-000 | 6,835.40 | N/A | N/A | | 0.00 |
| NOTFILED | T Ho Foods | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Tate & McCallie, Inc. | 7100-000 | 20,000.00 | N/A | N/A | | 0.00 |
| NOTFILED | Tennessee ABC | 7100-000 | unknown | N/A | N/A | | 0.00 |
| NOTFILED | Tennessee Dept. of Labor | 7100-000 | unknown | N/A | N/A | | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Tennessee Education Lottery Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Tennessee Restaurant Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Secretary of State | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tennessee Valley Direct | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Butcher Shop - Dallas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Butcher Shop of Knoxville | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Campus Special LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Daily Beacon | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Zoi Greek Directory | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Threds | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TN State Business Tax | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Trasiwct | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Triple C Distributing Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | True Line Coring - Knoxville | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Unifirst  Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Rentals | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Universal Mfg Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | University Raceway Sports, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | University Real Estate | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | US Food Service/Knoxville | 7100-000 | 20,344.43 | N/A | N/A | 0.00 |
| NOTFILED | US Hospitality Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Valley Proteins, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Vinyl Mend | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Virginia's Framery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 125.22 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WATE-TV6 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WCI of TN, Knoxville | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Webb Printing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 39,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wf Fin Bank | 7100-000 | 3,751.00 | N/A | N/A | 0.00 |
| NOTFILED | Willingham Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Windrock Enterprises | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wise & Reeves PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WKVL-FM | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WVLZ Radio | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | X-Press Printing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Yellowbook USA | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $463,876.76 | $452,561.86 | $447,510.26 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-23274 | Trustee: (330360) GLENN R. HEYMAN |
| Case Name: CLARK, RANDALL S | Filed (f) or Converted (c): 05/31/11 (f) |
| | §341(a) Meeting Date: 07/13/11 |
| Period Ending: 05/09/13 | Claims Bar Date: 01/17/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence at 921 N Waiola Ave, La Grange Park   Orig. Asset Memo: Orig. Description: SFH at 921 N Waiola Ave, La Grange Park, IL 60526; Imported from original petition Doc# 1; | 375,883.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand   Orig. Asset Memo: Orig. Description: Cash on hand; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account w/ Wells Fargo   Orig. Asset Memo: Orig. Description: Checking Account w/ Wells Fargo; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 900.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2 Savings Account w/ Wells Fargo   Orig. Asset Memo: Orig. Description: 2 Savings Account w/ Wells Fargo; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings   Orig. Asset Memo: Orig. Description: Household goods and furnishings; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 800.00 | 250.00 | DA | 0.00 | FA |
| 6 | Books, pictures, etc   Orig. Asset Memo: Orig. Description: Books, pictures, etc; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing   Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance w/ Current Employer - no cas   Orig. Asset Memo: Orig. Description: Term Life Insurance w/ Current Employer - no cash surrender value; Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | 0.00 | 1.00 | DA | 0.00 | FA |
| 9 | IRA w/ UBS   Orig. Asset Memo: Orig. Description: IRA w/ UBS; | 25,519.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-23274 | **Trustee:**    (330360)    GLENN R. HEYMAN |
| **Case Name:**    CLARK, RANDALL S | **Filed (f) or Converted (c):**  05/31/11 (f) |
| | **§341(a) Meeting Date:**  07/13/11 |
| **Period Ending:** 05/09/13 | **Claims Bar Date:**    01/17/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1; Imported from Amended Doc#: 10 | | | | | |
| 10 | 401K w/ AOL<br>    Orig. Asset Memo: Orig. Description: 401K w/ AOL;<br>Imported from original petition Doc# 1; Imported from<br>Amended Doc#: 10 | 7,028.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401K w/ Charles Schwab<br>    Orig. Asset Memo: Orig. Description: 401K w/<br>Charles Schwab; Imported from original petition Doc#<br>1; Imported from Amended Doc#: 10 | 899.00 | 0.00 | DA | 0.00 | FA |
| 12 | DELETED ON AMENDED SCHEDULE B<br>    Orig. Asset Memo: Orig. Description: 2002 Ford<br>Explorer; Imported from original petition Doc# 1;<br>DELETED ON AMENDED SCHEDULE B | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2009 VW Routon<br>    Orig. Asset Memo: Orig. Description: 2009 VW<br>Routon; Imported from original petition Doc# 1;<br>Imported from Amended Doc#: 10 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | RTI  sale of vehicle  (u)  (See Footnote) | Unknown | 6,000.00 | | 6,000.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$434,129.00** | **$6,251.00** | | **$6,000.00** | **$0.00** |

RE PROP# 14        Debtor still making payments

---

**Major Activities Affecting Case Closing:**

12/30/2011: Settlement reached regarding sale of auto.  Debtor is paying in monthly installments.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013        **Current Projected Date Of Final Report (TFR):**    January 17, 2013  (Actual)

Exhibit 9

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 11-23274 | |
| **Case Name:** | CLARK, RANDALL S | |
| | | |
| **Taxpayer ID #:** | **-***6119 | |
| **Period Ending:** | 05/09/13 | |

| | |
|---|---|
| **Trustee:** | GLENN R. HEYMAN (330360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****777765 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,698.26 | | 5,698.26 |
| 03/20/13 | 11002 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,350.00, Trustee<br>Compensation;  Reference: | 2100-000 | | 1,350.00 | 4,348.26 |
| 03/20/13 | 11003 | Knox County Trustee | Dividend paid  36.68% on $439.04; Claim# 2<br>-2; Filed: $439.04; Reference: | 5800-000 | | 161.08 | 4,187.18 |
| 03/20/13 | 11004 | Knox County Trustee | Dividend paid  36.68% on $682.00; Claim# 4;<br>Filed: $682.00; Reference: | 5800-000 | | 250.22 | 3,936.96 |
| 03/20/13 | 11005 | Tennessee Dept of Revenue | Dividend paid  36.68% on $10,730.53; Claim#<br>10P; Filed: $10,730.53; Reference: | 5800-000 | | 3,936.96 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | **5,698.26** | **5,698.26** | **$0.00** |
| Less: Bank Transfers | 5,698.26 | 0.00 |
| **Subtotal** | **0.00** | **5,698.26** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$5,698.26** |

Printed: 05/09/2013 04:22 PM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-23274 |
| Case Name: | CLARK, RANDALL S |
| Taxpayer ID #: | **-***6119 |
| Period Ending: | 05/09/13 |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******85-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/11 | {14} | RANDALL S. CLARK | DEBTOR | 1229-000 | 600.00 | | 600.00 |
| 12/05/11 | {14} | Randall & Wendee Clark | Settlement Payment | 1229-000 | 500.00 | | 1,100.00 |
| 01/17/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 1,600.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,575.00 |
| 02/14/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 2,075.00 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-23274, Blanket Bond Payment Bond#016026455 | 2300-000 | | 1.74 | 2,073.26 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,048.26 |
| 03/06/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 2,548.26 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,523.26 |
| 04/12/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 3,023.26 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,998.26 |
| 05/07/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 3,498.26 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,473.26 |
| 06/11/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 3,973.26 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,948.26 |
| 07/09/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 4,448.26 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,423.26 |
| 08/07/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 4,923.26 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,898.26 |
| 09/10/12 | {14} | Randall Clark | Settlement Payment | 1229-000 | 500.00 | | 5,398.26 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,373.26 |
| 10/15/12 | {14} | Randall Clark | Final Settlement Payment | 1229-000 | 400.00 | | 5,773.26 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,748.26 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,723.26 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,698.26 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130103 | 9999-000 | | 5,698.26 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,000.00 | 6,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,698.26 | |
| Subtotal | 6,000.00 | 301.74 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,000.00 | $301.74 | |

{} Asset reference(s)

Printed: 05/09/2013 04:22 PM   V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-23274 |
| Case Name: | CLARK, RANDALL S |
| Taxpayer ID #: | **-***6119 |
| Period Ending: | 05/09/13 |

| | |
|---|---|
| Trustee: | GLENN R. HEYMAN (330360) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******85-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | 6,000.00 | | |
| | | Net Estate : | | | $6,000.00 | | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****777765 | 0.00 | 5,698.26 | 0.00 |
| Checking # 9200-******85-65 | 6,000.00 | 301.74 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |